DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRYAN C. DONAHUE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1109

[September 22, 2022]

Appeal of order denying rule 3.802 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 50-1998-CF-004833-AXXX-MB.

Bryan Donahue, Moore Haven, pro se.

No appearance required for appellee

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***